BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES SPARKMAN** <br> **xxx-xx-2420** <br><br> **Plaintiff,** <br><br> v. <br><br> **MICHAEL J. ASTRUE** <br> **Commissioner of Social Security** <br> **of the United States of America,** <br><br> **Defendant.** | Case No.  CIV-07-2568 DAD <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's brief filed July 9th be deemed timely. Plaintiff's brief was due July 7, 2008, but additional time was required due to illness which prevented counsel from working on Monday, July 7, 2008.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: July 9, 2008 | */s/Bess M. Brewer* |
| | BESS M. BREWER |
| | Attorney at Law |
| | |
| | Attorney for Plaintiff |

| | |
|---|---|
| Dated: July 9, 2008 | McGregor W. Scott |
| | United States Attorney |
| | */s/ Donna Montano* |
| | DONNA MONTANO |
| | Special Assistant U.S. Attorney |
| | Social Security Administration |
| | |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: July 10, 2008.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/sparkman2568.eot

2