1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES SPARKMAN**<br>**xxx-xx-2420**<br><br>           **Plaintiff,**<br><br>v.<br><br>**JO ANNE B. BARNHART**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>           **Defendant.** | Case No.  CIV-07-2568 DAD<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file his motion for attorney fees under the Equal Access to Justice Act (EAJA) is hereby extended from its current due date of November 10, 2009, to December 10, 2009.  This extension is required to permit the parties to pursue settlement of the fees in this case

/ / / /

/ / / /

/ / / /

/ / / /

| | | |
|---|---|---|
| 1 | Dated: November 9, 2009 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER |
| | | Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 4 | | |
| 5 | Dated: November 9, 2009 | McGregor W. Scott |
| | | United States Attorney |
| 6 | | By:*/s/ Elizabeth Firer* |
| 7 | | ELIZABETH FIRER |
| 8 | | Special Assistant U.S. Attorney |
| 9 | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: November 10, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/sparkman2568.stipord

2